| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Vistula Development, Incorporated** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8549454** | |
| 4. | **Debtor's address** | **Principal place of business** **955 Lively Boulevard** **Wood Dale, IL 60191-1203** Number, Street, City, State & ZIP Code  **DuPage** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **9815 Leland Ave., Schiller Park, IL 60176** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Vistula Development, Incorporated** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Vistula Development, Incorporated** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Vistula Development, Incorporated**　　　　　　　　　Case number (*if known*)
　　　　Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2018**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Mark Kozyra**　　　　　　　　　　　　　**Mark Kozyra**
　　Signature of authorized representative of debtor　　Printed name

　　Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Shelly A. DeRousse**　　　　　　　　　Date **May 30, 2018**
　　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Shelly A. DeRousse**
Printed name

**Freeborn & Peters LLP**
Firm name

**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **312-360-6315**　　　Email address    **sderousse@freeborn.com**

**6274798 IL**
Bar number and State

Debtor   **Vistula Development, Incorporated**                                    Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/30/2018
               MM / DD / YYYY

X  /s/ Mark Kozyra                          **Mark Kozyra**
Signature of authorized representative of debtor    Printed name

Title   **CEO**

---

**18. Signature of attorney**

X   /s/ Shelly A. DeRousse                  Date  5/30/2018
Signature of attorney for debtor                  MM / DD / YYYY

**Shelly A. DeRousse**
Printed name

**Freeborn & Peters LLP**
Firm name

**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   312-360-6315        Email address   sderousse@freeborn.com

**6274798 IL**
Bar number and State

Debtor **Vistula Development, Incorporated**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*                                  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Kozyra Holdings, LLC - 955 Lively LLC** | | | Relationship to you | |
| District | **Northern District of Illinois** | When | **5/30/18** | Case number, if known | |
| Debtor | **Markpol Distributors, Inc.** | | | Relationship to you | |
| District | **Northern District of Illinois** | When | **3/02/18** | Case number, if known | **18-06105** |

# RESOLUTION AUTHORIZING FILING OF
# CHAPTER 11 BANKRUPTCY PETITION
# BY VISTULA DEVELOPMENT, INCORPORATED

The undersigned, Tadeusz Kozyra, being the sole director of Vistula Development, Incorporated (the "*Company*"), does hereby (i) certify that he is the sole director on the board of directors of the Company; (ii) consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Mark Kozyra (the "*CEO*"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and effectuate the sale of the Company's assets and to take actions on behalf of the Company related to the bankruptcy case; and

RESOLVED further that the CEO is authorized to engage and retain the law firm of Freeborn & Peters LLP ("*Freeborn*") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this 29th day of May, 2018.

**Vistula Development, Incorporated**

*Tadeusz Kozyra*
By: Tadeusz Kozyra, Sole Director of
Vistula Development, Incorporated

**Fill in this information to identify the case:**

Debtor name: Vistula Development, Incorporated

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/18         X /s/ Mark Kozyra
                              Signature of individual signing on behalf of debtor

                              **Mark Kozyra**
                              Printed name

                              **CEO**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Vistula Development, Incorporated**
United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hi Tech Manufacturing 9815 W. LeLand Avenue Schiller Park, IL 60176 | Tim Allen 847-752-3247 | Trade | | | | $20,096.00 |
| WM Roofing and Masonry 4203 N. Oriole Harwood Heights, IL 60706 | Wojciech Mazur 773-485-1718 | Trade | | | | $13,300.00 |
| Peter Electrical Services 9713 W. Harold Schiller Park, IL 60176 | Pawel Pawlowski 847-414-6752 | Trade | | | | $7,260.00 |
| Karol Staszak Construction 483 Leslie Court, Unit 302 Des Plaines, IL 60016 | Karol Staszak 226-766-9325 | Trade | | | | $3,600.00 |
| Mariusz Koperski 185 Durango Drive Gilberts, IL 60136 | 847-809-4913 | Trade | | | | $600.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vistula Development, Incorporated**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tadeusz Kozyra | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  05-30-18            Signature  _/s/ Mark Kozyra_  
                                     **Mark Kozyra**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re **Vistula Development, Incorporated** | | Case No. | |
| | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **11**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 05-30-18

**Mark Kozyra/CEO**
Signer/Title

.

Cook County Treasurer Office
PO BOX 805438
Chicago, IL 60680


Hi Tech Manufacturing
9815 W. LeLand Avenue
Schiller Park, IL 60176


Karol Staszak Construction
483 Leslie Court, Unit 302
Des Plaines, IL 60016


Mariusz Koperski
185 Durango Drive
Gilberts, IL 60136


Mark Kozyra
508 N. Western Ave.
Park Ridge, IL 60068


Markpol Distributors, Inc.
955 Lively Boulevard
Wood Dale, IL 60191


MB Financial Bank
6111 N. River Road
Des Plaines, IL 60018


MB Financial Bank
c/o Greiman, Rome & Griesmeyer, LLC
2 N. LaSalle St. Ste. 1601
Chicago, IL 60602


Peter Electrical Services
9713 W. Harold
Schiller Park, IL 60176


Rieff, Schramm, Kanter & Guttman
100 N LaSalle Street, 23rd Floor
Chicago, IL 60602


WM Roofing and Masonry
4203 N. Oriole
Harwood Heights, IL 60706

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Vistula Development, Incorporated**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vistula Development, Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 30, 2018 | /s/ Shelly A. DeRousse |
| Date | **Shelly A. DeRousse** |
| | Signature of Attorney or Litigant |
| | Counsel for **Vistula Development, Incorporated** |
| | **Freeborn & Peters LLP** |
| | **311 South Wacker Drive** |
| | **Suite 3000** |
| | **Chicago, IL 60606** |
| | **312-360-6315 Fax:(312) 360-6520** |
| | **sderousse@freeborn.com** |